**David Bryant WICKS, Plaintiff–Appellant,**

v.

**WALMART DEPARTMENT STORES; Justin Sherman; Mike White; Cambridge Police Department; John F. Jones; Salisbury Police Department; Officer Barkley; Christopher Lane; George Kaloroumakis; Warden, Defendants–Appellees.**

No. 14–7152.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 18, 2014.

David Bryant Wicks, Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bryant Wicks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wicks v. Walmart Dep't Stores,* No. 1:14–cv–02293–RDB (D.Md. filed July 28 & entered July 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*